Joseph Gannelli, Respondent, v. Saratoga Coal Company, Appellant.— Judgment and order affirmed, with costs.  All concurred, except Houghton, J., dissenting.

John H. Gregory and Andrew N. Barnes, Respondents, v. The Bijou Theater Company, Appellant.— Judgment unanimously affirmed, with costs.

In the Matter of the Probate of the Last Will and Testament of William Fox Leggett, Deceased.  Margaret Burns Hendren, Appellant; Caroline E. Raymond and Others, Respondents. — Decree unanimously affirmed, with costs against Hendren personally.

Joseph Murphy, an Infant, by Catherine Murphy, His Guardian ad Litem, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs.

In the Matter of the Judicial Settlement of the Account of Fannie A. Whittemore, as Executrix, etc., of Edward C. Whittemore, Deceased. Fannie A. Whittemore, Individually and as Executrix, etc., of, Edward C. Whittemore, Deceased, Appellant; Jennie McKernon and Others, Respondents.—Decree modified so as to provide that Fannie A. Whittemore shall hold the balance of the estate in her hands, being the sum of $11,650.29, as executrix, without the giving of security, and striking therefrom the provision that the same be paid over to her individually, and as so modified affirmed, with costs to her payable out of the corpus of the estate.  All concurred.

Ontario Knitting Company, Appellant, v. The State of New York, Respondent.— Motion denied.

The People of the State of New York ex rel. Richard S. Steves, Appellant, v. John E. Kraft and Others, Constituting the Civil Service Commission of the State of New York, Respondents.— Reargument ordered.

The People of the State of New York ex rel. John H. Campbell, Appellant, v. John E. Kraft and Others, Constituting the Civil Service Commission of the State of New York, Respondents.— Reargument ordered.

The People of the State of New York ex rel. Max Greenburg v. Whitelaw Reid and Others, as Board of Regents of the University of the State of New York.— Reargument ordered.

The People of the State of New York ex rel. South Brooklyn Railway Company v. Clark Williams, as Comptroller of the State of New York.— Determination unanimously confirmed, with fifty dollars costs and disbursements.

The People of the State of New York ex rel. The New York Central and Hudson River Railroad Company, Appellant, Respondent, v. Egburt E. Woodbury and Others, Together Constituting the State Board of Tax Commissioners, Respondents, and the City of New York, Intervenor, Respondent, Appellant.  (Assessment of 1908.) — Final order unanimously affirmed, without costs.

The People of the State of New York ex rel. Sea Beach Railway Com-